1  Barbara J. Duffy, WSBA No. 18885
   Carin A. Marney, WSBA No. 25132
2  LANE POWELL PC
3  1420 Fifth Avenue, Suite 4100
   Seattle, Washington 98101-2338
4  Telephone: 206.223.7000
   Facsimile: 206.223.7107
5
6  Attorneys for Defendant Alterra
   Healthcare Corporation.
7
8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEITH ROBERTSON, as Personal Representative of the Estate of Peter J. Noe, | No. CV09-0061-LRS |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| ALTERRA HEALTHCARE CORPORATION, | |
| Defendant. | |

Pursuant to the stipulated motion of the parties (Ct. Rec. 5), it is hereby ordered that the above entitled action be and the same is hereby dismissed with prejudice and without cost to any party.

DATED: July 6, 2009.

*s/Lonny R. Suko*
_____
The Honorable Lonny R. Suko
United States District Judge

ORDER OF DISMISSAL - 1
No. CV09-0061 LRS

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

122819.0011/1728563.1

1 | Presented by:

2

3 | LANE POWELL PC

4

5 | By   *s/Barbara J. Duffy*
    Barbara J. Duffy, WSBA 18885
    Attorneys for Defendant

6

7 | Approved as to Form; Notice of Presentation Waived:

8

9 | WITHERSPOON, KELLEY, DAVENPORT
   & TOOLE, P.S.

10 | *Approved for entry via telephone 6/29/09*

11 | By   *R. Max Etter, Jr.*
    R. Max Etter, Jr.

12 |     Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER OF DISMISSAL - 2
No. CV09-0061 LRS

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

122819.0011/1728563.1